UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Grand Jury H-10-1

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:10CR 225 SRU |
| v. | VIOLATIONS: |
| BRUCE DAMICO | 18 U.S.C. §§ 1591(a) and (b)<br>(Sex Trafficking of Children)<br><br>18 U.S.C. § 2423(a)<br>(Interstate Transportation of a Minor for Prostitution)<br><br>18 U.S.C. § 2252A(a)(1)<br>(Transportation of Child Pornography)<br><br>18 U.S.C. § 2421<br>(Interstate Transportation of a Person for Prostitution) |

## **INDICTMENT**

The Grand Jury charges:

### **COUNT ONE**
18 U.S.C. § 1591(a) and (b)
(Sex Trafficking of Children)

1. At all times relevant to this indictment, Minor Victim 1, whose identity is known to the Grand Jury, was under the age of eighteen and a person whom the defendant had a reasonable opportunity to observe.

2. Between in or about July 2009 and January 22, 2010, in the District of Connecticut and elsewhere, BRUCE DAMICO, the defendant herein, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means Minor

Victim 1, and benefit financially and by receiving a thing of value from participation in a venture that has engaged in one or more such acts, knowing and in reckless disregard of the fact that Minor Victim 1 would be, and was in fact, caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(2), and (c).

## COUNT TWO
18 U.S.C. § 2423(a)
(Interstate Transportation of a Minor for Prostitution)

3. The allegations contained in Paragraph 1 are incorporated herein.

4. Between in or about June 2009 and January 22, 2010, in the District of Connecticut and elsewhere, BRUCE DAMICO, the defendant herein, did knowingly transport Minor Victim 1 in interstate commerce with the intent that Minor Victim 1 would engage in prostitution.

In violation of Title 18, United States Code, Section 2423(a).

## COUNT THREE
18 U.S.C. § 2252A(a)(1)
(Transportation of Child Pornography)

5. The allegations contained in Paragraph 1 are incorporated herein.

6. In or about July 2009, in the District of Connecticut, BRUCE DAMICO, the defendant herein, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in or affecting interstate or foreign commerce by any means, including by computer, to wit, the defendant transmitted via the Internet photos of Minor Victim 1, an actual minor engaged in sexually explicit conduct, to a website with servers located outside the District of Connecticut, in the form of an advertisement soliciting others to engage in sexually explicit conduct with Minor Victim 1 in exchange for money.

In violation of 18 U.S.C. § 2252A(a)(1) and (b)(1).

### COUNT FOUR
18 U.S.C. § 2421
(Interstate Transportation for Prostitution)

7. Between in or about May and October 2009, in the District of Connecticut and elsewhere, BRUCE DAMICO, the defendant herein, did knowingly transport a person, to wit C.R., whose identity is known to the Grand Jury, in interstate commerce with the intent that C.R. would engage in prostitution.

In violation of Title 18, United States Code, Section 2421.

### COUNT FIVE
18 U.S.C. § 2421
(Interstate Transportation for Prostitution)

8. Between in or about July and September 2009, in the District of Connecticut and elsewhere, BRUCE DAMICO, the defendant herein, did knowingly transport a person, to wit A.F., whose identity is known to the Grand Jury, in interstate commerce with the intent that A..F. would engage in prostitution.

In violation of Title 18, United States Code, Section 2421.

A TRUE BILL

/s/ _____
FOREPERSON

/s/ _____
DAVID B. FEIN
UNITED STATES ATTORNEY

/s/ _____
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY