**DISTRICT OF CONNECTICUT**
---------------------------------------------------x   IND. NO.: 3:10 CR 00225 (SRU)
UNITED STATES OF AMERICA,

**NOTICE OF MOTION FOR CONTINUANCE**

-against-

BRUCE D'AMICO,

       Defendant.
---------------------------------------------------x
**SIRS:**

 **PLEASE TAKE NOTICE**, that upon the annexed declaration of Anthony J. Colleluori, Esq., dated the 9th day of July, 2013, the indictment filed herein and upon all prior proceedings heretofore held herein, the undersigned as an attorney duly admitted to practice as a visiting attorney before this Court on behalf of defendant, Bruce D'Amico, will move this Court to be held in and for the United States District Court for the District of Connecticut, before the Honorable Stefan R. Underhill, USDJ, located at Bridgeport, CT, on a date to be determined by the Court or as soon as counsel may be heard, for an Order granting a continuance of sentence currently set for July 12, 2013 to any Friday after August 1, 2013 would be a good day for the Defendant however August 9th or August 16th seems to be the best dates and for such other and further relief as the Court may deem just, proper and equitable.

Dated: July 9, 2013
   Syosset, New York

              Law Offices of Anthony J. Colleluori &
              Associates, PLLC
              By: /s/ Anthony J. Colleluori
              Anthony J. Colleluori Bar No. phv04444
              6800 Jericho Turnpike, Suite 208E
              Syosset, New York 11791
              Phone: (516) 741-3400
              Fax: (516) 597-4425
              E-mail: Office.catlaw1@gmail.com

```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------x     IND. NO.: 3:10 CR 00225 (SRU)
UNITED STATE OF AMERICA,
```

**DECLARATION**

*-against-*

BRUCE D'AMICO,

        Defendant.
```
------------------------------------------------------x
STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU    )
```

  ANTHONY J. COLLELUORI, ESQ., hereby makes the following declaration under the penalties of perjury:

  1. That he is an attorney duly admitted to practice as a visiting attorney before this Court, and he is the attorney of record for the defendant, BRUCE D'AMICO, charged with various crimes pursuant to the above captioned case herein. Further, he is familiar with the facts and circumstances of the matter herein.

  2. That this Declaration is made in support of the annexed application by the defendant, BRUCE D'AMICO, for a continuance of the sentence herein as more fully set forth in the annexed Notice of Motion.

  3. This Declaration is made upon information and belief, the sources and grounds for said information and belief are the files maintained in the Law Office of Anthony J. Colleluori & Associates, PLLC., and the proceedings heretofore held herein.

  4. Sentencing is presently set for July 12, 2013. We request this adjournment in advance in that due to scheduling conflicts and medical appointments.

  5. AUSA Novick and U.S.P.O. Meyers have consented to this adjournment.

**WHEREFORE**, Counsel for defendant, BRUCE D'AMICO, respectfully requests that this Honorable Court grant the Defendant a continuance of the sentencing herein from July 12, 2013 to any Friday after August 1, 2013 would be a good day for the Defendant however August 9th or August 16th seems to be the best dates as requested in the annexed Notice of Motion, and such other and further relief as this Honorable Court may deem just, proper and equitable.

Dated: July 9, 2013

/s/ Anthony J. Colleluori
Anthony J. Colleluori Bar No. phv04444
6800 Jericho Turnpike, Suite 208E
Syosset, New York 11791
Phone: (516) 741-3400
Fax: (516) 597-4425
E-mail: Office.catlaw1@gmail.com

## **CERTIFICATE OF SERVICE**

I, Anthony J. Colleluori, Esq., hereby certify that I have this day caused a copy of the Notice of Motion and Declaration of Counsel for the Defendant attached hereto to be served upon the United States Attorney for the District of Connecticut by having a copy of same filed ECF and that notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

Dated: July 9, 2013

/s/ Anthony J. Colleluori
Anthony J. Colleluori Bar No. phv04444
6800 Jericho Turnpike, Suite 208E
Syosset, New York 11791
Phone: (516) 741-3400
Fax: (516) 597-4425
E-mail: Office.catlaw1@gmail.com